**Order entered September 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00054-CV

### BARBARA MEREDITH, Appellant

### V.

### OXFORD TOWNHOMES, LLC, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07847-B**

## ORDER

We **GRANT** appellant's September 17, 2015 unopposed motion for an extension of time to file her reply brief and cross-appellee's brief. Appellant shall file her reply brief by **SEPTEMBER 28, 2015**. Appellant shall file her cross-appellee's brief by **OCTOBER 6, 2015**.

/s/    ELIZABETH LANG-MIERS
         JUSTICE